FRANCES F. CLIFTON et al., appellants,

*v.*

PAUL M. TULANE et al., administrators of the estate of Paul Tulane, deceased, respondents.

On appeal from a decree of the chancellor, reported in *Tulane* v. *Clifton, 2 Dick. Ch. Rep. 351.*

*Mr. John F. Hageman,* for the appellants.

*Mr. George O. Vanderbilt,* for the respondents.

PER CURIAM.
Decree affirmed, for reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, MAGIE, REED, SCUDDER, VAN SYCKEL, WHITAKER—7.

*For reversal*—DIXON, KNAPP, CLEMENT, SMITH—4.